UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Anthony Green,

        Plaintiff,

vs.

Lori Swanson, et al.,

        Defendant.

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

Civil No. 12-504 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. This matter is **DISMISSED without prejudice** as filed in violation of Rule 8 of the Federal Rules of Civil Procedure;

2. Plaintiff's application to proceed in forma pauperis, [Docket No. 2], is **DENIED as moot**; and

3. Plaintiff's Motion for preliminary injunctive relief, [Docket No. 5], is **DENIED as moot**.

                                        s/Ann D. Montgomery
                                        Ann D. Montgomery, Judge
DATED: December 9, 2022            United States District Court